UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | CIVIL ACTION |
| VERSUS | |
| SAIA MOTOR FREIGHT LINE, LLC;<br>SAIA, INC.; ABC INSURANCED COMPANY | NO. 15-00689-BAJ-EWD |

RULING AND ORDER

Before the Court is the United States Magistrate Judge's Report and Recommendation (Doc. 24), pursuant to 28 U.S.C. § 636(b)(1), addressing a **Joint Motion to Remand (Doc. 23)** filed by all parties. In the Report and Recommendation, the Magistrate Judge recommends that the Joint Motion to Remand be granted and that the matter be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72, the parties had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein.  No objections were filed.

Having carefully considered the Petition, the Joint Motion to Remand, and other relevant documents, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendations therein.

19th JDC

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Joint **Motion to Remand (Doc. 23)** is **GRANTED** and this case is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 31st day of October, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**